# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01709

SHAUNTIQUEA FOSTON,

    Plaintiff,

v.

UNITED DEBT SETTLEMENT LLC,

    Defendant.

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, United Debt Settlement LLC ("UDS"), states that it is a New York limited liability company with its principal place of business in New York, New York. UDS certifies that it has no parent corporation and that no publicly-held corporation owns 10% or more of UDS' membership interests.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), UDS further states that it is a member-managed limited liability company consisting of only two members each of whom is an individual and each of whose citizenship is identified as follows:

- Gabriel Gorelik— New York, New York
- Marcel Bluvstein—Brooklyn, New York

                              Respectfully submitted,

                              *s/ Kevin T. Crocker*

Dated: June 18, 2024         Kevin T. Crocker, Esq.
Colo. Reg. 55387
BARRON & NEWBURGER, P.C.
Genesee Center One
602 Park Point Drive, Suite 150
Golden, CO 80401
Telephone: (512) 679-9610
Facsimile: (512) 279-0310
E-mail: kcrocker@bn-lawyers.com

Andrew T. Thomasson
NJ No. 048362011
THOMASSON PLLC
16414 San Pedro Avenue, Suite 700
San Antonio, Texas 78258
Telephone: (973) 665-2056
Email: Andrew@Thomassonpllc.com

*Attorneys for Defendant,*
*United Debt Settlement LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18TH day of June 2024, a true and correct copy of the foregoing DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT was served via email and/or the Court's CM/ECF system on Plaintiff's attorneys of record: Matthew R. Osborne, Esq. and Thomas Crowley, Esq., Ramos Law, 10190 Bannock St., Suite 200, Northglenn, CO 80260, (303) 733-6353 [Telephone], Emails: mosborne@ramoslaw.com and tcrowley@ramoslaw.com.

                                          *s/ Kevin T. Crocker*
                                            Kevin T. Crocker