### UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

Civil Action Number 1:24-cv-01709-DDD-STV

SHAUNTIQUEA FOSTON,

      Plaintiff:

v.

UNITED DEBT SETTLEMENT, LLC,

      Defendant.

---

### MOTION TO WITHDRAWAL AS COUNSEL OF RECORD

COMES NOW, Thomas Crowley, and respectfully moves this Court to issue an Order permitting him to withdraw as counsel of record for Plaintiff, SHAUNTIQUEA FOSTON, in the above-styled case. In support of this Motion, the undersigned states as follows:

1. Thomas Crowley is no longer employed by Ramos Law after December 1, 2024.

2. Matthew R. Osborne and Ashlie Franz of Ramos Law remain as counsel of record for Plaintiff Lucas Cranor.

3. Plaintiff SHAUNTIQUEA FOSTON has knowledge of counsel's intent to withdraw.

4. Pursuant to D.C.COLO.LAttyR 5(b), Ramos Law will serve a copy of this filing to Plaintiff.

5. For good cause shown, the undersigned respectfully requests that he be allowed to withdraw as counsel for Plaintiff.

Respectfully submitted this 18th day of December 2024.

By: /s/ *Thomas P. Crowley*
Thomas P. Crowley #5710
**FGC ATTORNEYS**
8310 South Valley Highway,
Suite 300
Centennial, Colorado 80112
Phone: (833) 342-2889

E-mail:  TCrowley@generalcounselfl.com


**<u>CERTIFICATE OF SERVICE</u>**

I certify that on 12/18/ 2024, I filed a true and correct copy of the foregoing Notice of Withdrawal via the Court's CM/ECF system, which will automatically send notice to:

All counsel of record.

_s/Thomas Crowley_
Thomas Crowley
